

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,324-01

### EX PARTE RICKEY DONNELL CUMMINGS, Applicant

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN CAUSE NO. 2011-1513-C1 IN THE 19TH DISTRICT COURT McLENNAN COUNTY

*Per curiam*.

### **O R D E R**

In November 2012, a jury found applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions, the trial court sentenced him to death.[1] On May 1, 2014, the State filed in this Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§

---

[1] *See* Art. 37.071. Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

4(a) and (b), applicant's initial application for a writ of habeas corpus was due to be filed in the trial court on or before September 23, 2014, assuming a motion for an extension was timely filed and granted.

On December 16, 2015, because it had been more than a year since the application was due in the trial court, this Court ordered the trial court to resolve any remaining issues in the case within 180 days from the date of the order. The clerk was then to immediately transmit the complete writ record to this Court. However, we have not received the record in this case, and it is now more than six months overdue. Therefore, the trial court is ordered to resolve any remaining issues in the case and have the clerk transmit the complete writ record to this Court within 60 days of the date of this order. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 29TH DAY OF MARCH, 2017.


Do Not Publish